CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 2 0 2018

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **BOWE CURTIS RICHARDS,** | ) | **Civil Action No. 7:17-cv-00409** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **WESTERN VIRGINIA REGIONAL** | ) | |
| **JAIL, et al.,** | ) | **By: Hon. Jackson L. Kiser** |
| **Defendants.** | ) | **Senior United States District Judge** |

In accordance with the written Memorandum Opinion entered this day, it is hereby

## ORDERED

that the complaint is **DISMISSED without prejudice** due to Plaintiff's failure to prosecute

pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED** without prejudice as moot;

and the action is **STRICKEN** from the active docket.

**ENTER**: This _____ day of June, 2018.

_____
Senior United States District Judge